Opinion filed September
16, 2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00205-CR 

                                                    __________

 

                   MANUEL
ANGEL OLIVAS-MONTOYA, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                  On
Appeal from the County Court at Law

 

                                                          Midland
County, Texas

 

                                                Trial
Court Cause No.  CR 127,886

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Manuel
Angel Olivas-Montoya has filed in this court a motion to dismiss his appeal. 
The motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

September 16,
2010

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.